FIRST NATIONAL BANK OF UNIVERSITY PLACE, APPELLEE, v. GEORGE M. GATES ET AL., APPELLANTS.

FILED FEBRUARY 28, 1920. No. 20795.

Appeal: SUPERSEDEAS BOND. The time within which to file a supersedeas bond under section 8189, Rev. St. 1913, for an appeal to the supreme court in a law action begins to run, not from the entry of the judgment, but from the overruling of the motion for a new trial.

APPEAL from the district court for Lancaster county: LEONARD A. FLANSBURG, JUDGE. *Affirmed.*

*Burkett, Wilson, Brown & Wilson,* for appellants.

*Hainer, Craft & Lane, contra.*

MORRISSEY, C. J.

The question before us is whether, under section 8189, Rev. St. 1913, a party appealing to the supreme court

from a judgment in a law action, in order to supersede the judgment, must file a supersedeas bond within 20 days after the entry of the judgment, or whether it is sufficient to file such bond within 20 days after the overruling of the motion for a new trial.

Section 8189, Rev. St. 1913, provides that an appeal shall not operate as a supersedeas in any case, unless the appellant executes a proper bond "within twenty days next after the rendition of such judgment or decree, or the making of such final order." A judgment or decree in an equity case may be treated as final, so as to give a right of appeal, immediately upon its rendition, but in a law action the character of finality which a judgment must possess in order to be reviewable in this court does not attach until the overruling of a motion for a new trial. If the time for filing a supersedeas bond begins to run from the day the judgment is entered, it might operate so as to require the execution of this instrument while the motion for a new trial was still pending, while the judgment was not yet subject to review by this court, and while it was still uncertain whether an appeal would be necessary. Such a situation was not intended by the legislature. The time does not begin to run until the motion for a new trial is overruled.

AFFIRMED.

LETTON and DAY, JJ., not sitting.